CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
for Roanoke
SEP 3 0 2010
JULIA C. DUDLEY, CLERK
BY: /s/ K. Deuserman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 7:06CR00002 |
| | (Case No. 7:10CV80278) |
| v. | |
| | **FINAL JUDGMENT AND ORDER** |
| HARVEY LEE HAYES, JR., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

For the reasons stated in the memorandum opinion entered this day, it is

## ADJUDGED AND ORDERED

that the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** as untimely, and the action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 30th day of September, 2010.

/s/ Glen Conrad
Chief United States District Judge