CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 30 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:06CR00002 |
| | ) | Civil Action No. 7:11CV80380 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| HARVEY LEE HAYES, JR., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The government's motion to dismiss shall be and hereby is **GRANTED**;

2. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED WITHOUT PREJUDICE** as successive and **STRICKEN** from the active docket of the court; and

3. A certificate of appealability shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 29th day of March, 2012.

/s/ Glen Conrad
Chief United States District Judge