CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:06CR00002 |
| | ) | (CASE NO. 7:16CV81091) |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| | ) | |
| HARVEY LEE HAYES, JR., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

Harvey Lee Hayes, Jr., through counsel appointed under Standing Order 2015-5, moves to withdraw his motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255. Upon review of the motion and court records, the court grants the motion to withdraw.

Hayes, through counsel, filed this § 2255 motion on June 27, 2016, seeking sentencing relief under Johnson v. United States, __U.S.__, 135 S. Ct. 2551 (2015). Hayes also filed a motion to stay the § 2255 motion until the United States Court of Appeals for the Fourth Circuit decided his then-pending motion under 28 U.S.C. § 2255(h) for certification to file a successive § 2255 motion. On June 28, 2016, the Fourth Circuit denied Hayes' motion for certification under § 2255(h) upon finding that "the holding in Johnson would entitle Hayes to no relief." (ECF No. 106.) Accordingly, counsel moves to withdraw Hayes' § 2255 motion and the motion to stay.

This court may consider a second or successive § 2255 motion only upon specific certification from the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). Court records indicate that Hayes previously filed § 2255 motions concerning this same conviction and sentence. See, e.g., United States v. Hayes, Case No. 7:10CV80278, 2010 WL 3835203 (W.D. Va. Sept. 30, 2010) (dismissing § 2255 motion as untimely), appeal

dismissed, 408 F. App'x 758 (4th Cir. Jan. 21, 2011). Thus, his current § 2255 motion is a second or successive one. Given the Fourth Circuit's denial of Hayes' motion for certification to file a second or successive § 2255 motion, this court has no jurisdiction to address his § claims under Johnson.

For the stated reasons, the court will grant the motion to withdraw. A separate order will be entered this day.

ENTER: This 29th day of June, 2016.

/s/ Glen Conrad
Chief United States District Judge