CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 7:06CR00002 |
| | ) (CASE NO. 7:16CV81091) |
| v. | ) FINAL ORDER |
| HARVEY LEE HAYES, JR., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that defendant's motion to withdraw (ECF No. 107) is **GRANTED**; his motion under 28 U.S.C. § 2255 and his motions to stay are hereby deemed **WITHDRAWN**; and the clerk shall **CLOSE** the § 2255 action.

ENTER: This 29th day of June, 2016.

/s/ Glen E. Conrad
Chief United States District Judge